AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| FREDERICK SHARP, | ) Case No. |
| LUIS CARRILLO, | ) |
| MIKE VELDHUIS, | ) 21-7182-JCB |
| COURTNEY KELLN | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2014 through October 2018__ in the county of __Middlesex, et al.__ in the _____ District of __Massachusetts__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud |
| 15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. § 240.10b-5 | Securities Fraud |

This criminal complaint is based on these facts:

See attached affidavit by FBI Special Agent Keith Brown.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Keith Brown, FBI, Special Agent
*Printed name and title*

Sworn to before me and signed telephonically.

Date: __2:43 PM, Aug 4, 2021__

_____
*Judge's signature*

City and state: __Boston, Massachusetts__    Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*